UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JASMINE TORO,                                                           :
:
                        Plaintiff,                                      :
:  22 Civ. 7366 (JPC)
        -v-                                                             :
:  ORDER
OTGS, LLC,                                                              :
:
                        Defendant.                                      :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 18, 2022, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore November 9, 2022. *See* Fed. R. Civ. P. 12(a)(1(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 18, 2022. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by November 23, 2022.

SO ORDERED.

Dated: November 11, 2022
       New York, New York
                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge