UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JASMINE TORO,                                                          :
:
:
:
            -v-                                                        :   22 Civ. 7366 (JPC)
:
OTGS, LLC,                                                             :            ORDER
:
                          Defendant.                                   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 11, 2022, the Court ordered Defendant to respond to the Complaint by November 18, 2022. In the event that Defendant failed to respond, the Court ordered Plaintiff to seek a certificate of default by November 23, 2022. These deadlines have passed, and the docket does not reflect either a response to the Complaint by Defendant or a proposed certificate of default from Plaintiff. Accordingly, by December 16, 2022, Plaintiff shall submit a letter explaining why the Court should not dismiss this case for failure to prosecute.

SO ORDERED.

Dated: December 12, 2022                          _____
       New York, New York                                  JOHN P. CRONAN
                                                         United States District Judge